UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **EDDIE BROWN, III** | **CIVIL ACTION NO. 25-0054** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **MARK MCSHAW, ET AL.** | **MAG. JUDGE KAYLA D MCCLUSKY** |

## ORDER

The Report and Recommendation of the Magistrate Judge [Doc. No. 5] having been considered, no objections thereto having been filed,

**IT IS ORDERED** that Plaintiff Eddie Brown, III's Motions for a Temporary Restraining Order and Preliminary Injunction [Doc. No. 1] are **DENIED**.

**MONROE, LOUISIANA**, this 27th day of February 2025.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE