UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **EDDIE BROWN, III** | **CIVIL ACTION NO. 3:25-0054** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **MARK MCSHAW, ET AL.** | **MAG. JUDGE KAYLA D MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 8] having been considered, together with the written objections [Doc. No. 9] filed by Plaintiff Eddie Brown, III ("Plaintiff") with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims are hereby **DISMISSED WITH PREJUDICE** as legally frivolous, for failing to state claims on which relief may be granted, and for seeking relief from defendants immune from such relief.

**MONROE, LOUISIANA**, this 21st day of March 2025.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE